◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK WILLIAMS, Appellant.—Appeal by the defendant from a judgment of the County Court, Rockland County (Miller, J.), rendered January 11, 1984, convicting him of attempted murder in the second degree and assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

A review of the record indicates that there was ample evidence, including the testimony of a psychiatrist called on behalf of the People, for the jury to reject the defendant's affirmative defense of extreme emotional disturbance on the charge of attempted murder in the second degree *(see,* Penal Law § 125.25 [1] [a]; *People v Casassa,* 49 NY2d 668, *cert denied* 449 US 842; *People v Patterson,* 39 NY2d 288, *affd* 432 US 197). Thus, the verdict of guilty for the crime of attempted murder in the second degree must be upheld *(see, People v Collins,* 123 AD2d 778, 779, *lv denied* 69 NY2d 710; *People v LaSalle,* 105 AD2d 756).

Further, the sentence imposed was neither harsh nor excessive *(see, People v Suitte,* 90 AD2d 80). Thompson, J. P., Weinstein, Kunzeman and Harwood, JJ., concur.